**John F. ENGLISH et al., Appellants,**

v.

**John CUNNINGHAM et al., Appellees.**

**No. 15704.**

United States Court of Appeals
District of Columbia Circuit.

Argued June 7, 1960.

Decided June 14, 1960.

See also 106 U.S.App.D.C. 70, 269 F.2d 517; 106 U.S.App.D.C. 92, 269 F.2d 559.

Mr. Jacob Kossman, Philadelphia, Pa., of the bar of the Supreme Court of Pennsylvania, pro hac vice, by special leave of court, with whom Mr. H. Clifford Allder, Washington, D. C., was on the brief, for appellant Hoffa.

Mr. David Previant, Milwaukee, Wis., with whom Messrs. Edward Bennett Williams, Raymond W. Bergan and Harold Ungar, Washington, D. C., were on the brief, for appellants other than Hoffa.

Mr. Herbert J. Miller, Jr., Washington, D. C., with whom Mr. Howard P. Willens, Washington, D. C., was on the brief, for the Board of Monitors. Mr. Raymond G. Larroca, Washington, D. C., also entered an appearance for Board of Monitors.

Mr. Seymour J. Spelman, Alexandria, Va., was on the brief for appellees Steve Milone and others.

Mr. Godfrey P. Schmidt, New York City, was on the brief for appellees Edward McFarland and others.

Before EDGERTON, WILBUR K. MILLER and FAHY, Circuit Judges.

PER CURIAM.

Being of opinion that the order of the District Court of April 29, 1960, from which this appeal has been taken, notwithstanding its terms and the terms of the motion which it denied, is an order which in legal effect denied an application which had been made to the District Court not to conduct a hearing with respect to, and to dismiss, certain proceedings there pending, as insufficient in law, rather than the denial of an injunction, and being therefore of the opinion also that said order of April 29, 1960, is not final or otherwise appealable within the appellate jurisdiction of this court to review at this time, it is ordered by the Court that the appeal from said order of April 29, 1960, is dismissed for lack of jurisdiction.